# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

## MEMORANDUM

**TO:** CLERK, U. S. DISTRICT COURT

**FROM:** CLERK, U. S. BANKRUPTCY COURT

**DATE:** December 14, 2005

**RE:** **Kalvin K. Harris**, Debtor(s)

Case No. **05-12519**

Adversary Proceeding No. _____

District Court No: **1:05CV01091**

Attached hereto I am transmitting to your office the following documents/matters:

(XX) Certification of Memorandum Opinion and Order for consideration of sanctions and damages pursuant to Section 110(i).

                                                  Christine P. Hamrick
                                                  DEPUTY CLERK

cc:   Bankruptcy Administrator
       Armina D. Swittenberg
       Kalvin K. Harris
       Everett B. Saslow, Jr.
       Guilford County District Attorney